UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BELL,

        Plaintiff,

v.

JP MORGAN CHASE BANK,
et al.,

        Defendants.
_____/

CIVIL ACTION NO.  06-11550

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING PLAINTIFF'S MOTION
## TO APPEAR AND SHOW CAUSE

Plaintiff's Motion to Appear and Show Cause was referred to the undersigned magistrate judge for hearing and determination. Defendants JP Morgan Chase Bank and Orlans Associates, P.C., filed written responses to the motion. Plaintiff filed a written response to the defendants' submissions.

The motion was brought on for hearing on May 23, 2006. Having reviewed the written submissions of the parties, and having heard the arguments, the Court finds that the Plaintiff's Motion to Appear and Show Cause should be, and is hereby, DENIED.

                                          s/Donald A. Scheer
                                          DONALD A. SCHEER
                                          UNITED STATES MAGISTRATE JUDGE

DATED: May 25, 2006

_____

### CERTIFICATE OF SERVICE

I hereby certify on May 25, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 25, 2006.  **Edward Bell.**

                                          s/Michael E. Lang
                                          Deputy Clerk to
                                          Magistrate Judge Donald A. Scheer
                                          (313) 234-5217