UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BELL,

    Plaintiff,

v.

JP MORGAN CHASE BANK,
et al.,

    Defendants.
_____/

CIVIL ACTION NO. 06-11550

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING PLAINTIFF'S VARIOUS MOTIONS TO STRIKE

    In the course of these proceedings, Plaintiff has filed Motions to Strike Defendants' Responses to Plaintiff's Motion to Appear and Show Cause and Plaintiff's Motion for Judgment on the Pleadings. In separate writings, I have denied Plaintiff's Motion to Appear and Show Cause, and recommended to the district judge that Plaintiff's Motion for Judgment on the Pleadings be denied. For purposes of the record, I hereby deny Plaintiff's Motion to Strike Defendants' Responses to Plaintiff's Motion to Appear and Show Cause and Plaintiff's Motion for Judgment on the Pleadings.

                s/Donald A. Scheer
                DONALD A. SCHEER
                UNITED STATES MAGISTRATE JUDGE

DATED: May 25, 2006

_____

### CERTIFICATE OF SERVICE

    I hereby certify on May 25, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 25, 2006. **Edward Bell.**

                s/Michael E. Lang
                Deputy Clerk to
                Magistrate Judge Donald A. Scheer
                (313) 234-5217