UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


EDWARD BELL,

                                        Plaintiff,        CIVIL CASE NO. 06-11550

v.

                                                          HONORABLE PAUL V. GADOLA
JP MORGAN CHASE BANK, et al.,                             U.S. DISTRICT COURT

                                        Defendants.
_____/


### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

       Plaintiff, proceeding *pro se,* began the instant action against Defendants on March 31, 2006.

Before the Court is Plaintiff's Motion for Judgment on the Pleadings, filed on April 28, 2006, and

the Report and Recommendation of United States Magistrate Judge Donald A. Scheer, issued on

May 25, 2006.  The Magistrate Judge recommends that Plaintiff's motion be denied.

       Having conducted a de novo review of the Report and Recommendation, Plaintiff's motion,

and the applicable portions of the record, **IT IS HEREBY ORDERED** that the Report and

Recommendation [docket entry 45] is **ACCEPTED** and **ADOPTED** as the opinion of this Court,

and Plaintiff's Motion for Judgment on the Pleadings [docket entry 15] is **DENIED**.

       **SO ORDERED.**


Dated:     June 28, 2006                          s/Paul V. Gadola
                                                  HONORABLE PAUL V. GADOLA
                                                  UNITED STATES DISTRICT JUDGE

2

Certificate of Service

I hereby certify that on ___June 28, 2006___ , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

___Dane E. Bylenga, Jr.; Susan C. Myers; Caleb J. Shureb___ , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ___Edward Bell___ .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(810) 341-7845