UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BELL,

        Plaintiff,

v.

JP MORGAN CHASE BANK
and ORLANS ASSOCIATES, P.C.,

        Defendants.
_____/

CIVIL ACTION NO. 06-11550

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER STRIKING MOTION FOR THE PLAINTIFF TO SHOW CAUSE

This matter is before the magistrate judge on Plaintiff's Motion for the Plaintiff to Show Cause, filed November 27, 2006.

This case was filed on March 31, 2006. Since that date, Plaintiff has filed a multitude of motions. Because Plaintiff failed to set forth in his Complaint, or in a proposed Amended Complaint, the basis for this court's jurisdiction, the magistrate judge directed the parties to file briefs on that issue. Thereafter, on September 18, 2006, the parties were directed to file supplemental briefs with supporting exhibits. Both parties were directed not to file any further document with the court until the issue of jurisdiction had been resolved. The instant Motion for the Plaintiff to Show Cause is a violation of that Order.

Upon review of the parties' briefs, the magistrate judge is persuaded that this court lacks subject matter jurisdiction over this action. A Report and Recommendation for dismissal has been submitted to the district judge. Until the court makes its determination as to the existence of subject matter jurisdiction, the parties are not to file any additional documents unrelated to that issue.

IT IS THEREFORE ORDERED that Plaintiff's Motion for the Plaintiff to Show Cause, filed November 27, 2006, is ordered stricken from the record.

                                        s/Donald A. Scheer  
                                        DONALD A. SCHEER  
                                        UNITED STATES MAGISTRATE JUDGE

DATED: November 30, 2006

_____

### CERTIFICATE OF SERVICE

I hereby certify on November 30, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 30, 2006. **Edward Bell.**

                                        s/Michael E. Lang  
                                        Deputy Clerk to  
                                        Magistrate Judge Donald A. Scheer  
                                        (313) 234-5217